# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RUIZ,<br><br>        Petitioner,<br><br>  vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>        Respondent. | CASE NO. CV 10-06958 DSF (RZ)<br><br>AMENDED JUDGMENT |

This matter came before the Court on the Petition of ANTONIO RUIZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that a writ of habeas corpus shall issue commanding that the state court re-sentence Petitioner within 120 days or, if an appeal is taken, within 120 days after appellate proceedings have concluded.

IT IS FURTHER ORDERED AND ADJUDGED that the Petition is denied with prejudice in all other respects.

DATED: 5/16/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE